PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 6:22-MJ-00018-HBK |
|---|---|
| Plaintiff, | ORDER TO UNSEAL CRIMINAL COMPLAINT |
| v. | |
| DEVIN MICHAEL CUELLAR, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter be, and is, unsealed.

Dated: **November 16, 2022**

/s/ Barbara A. McAuliffe
The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS